*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-10-00329-CV

**IN RE** Jerrel L. **JOHNSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Rebecca Simmons, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  May 19, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On April 29, 2010, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, relator's petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).  Relator shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 357347, styled *Jerrel L. Johnson v. City of San Antonio*, pending in the County Court at Law No 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.